**John William HAWKINS, Appellant, v. UNITED STATES of America.**

No. 12583.

Circuit Court of Appeals, Eighth Circuit.

April 2, 1943.

Robert W. Connor, of Hannibal, Mo., for appellant.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo., for appellee.

PER CURIAM.

Appeal from the United States District Court docketed and dismissed without taxation of costs in favor of either of the parties, on motion of appellee.

■

**Guy T. HELVERING, Commissioner of Internal Revenue, Petitioner, v. Margaret C. WESTON.**

No. 12077.

Circuit Court of Appeals, Eighth Circuit.

March 1, 1943.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Carleton Fox, and Benjamin M. Brodsky, Sp. Assts. to Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and John M. Morawski, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for petitioner.

Earl Cline and Frank Williams, both of Lincoln, Neb., for respondent.

PER CURIAM.

Petition to Review Decision of United States Board of Tax Appeals dismissed with prejudice, pursuant to stipulation.

■

**Ed HIGHFILL v. John M. WHEELER, Trustee, et al.**

No. 2730.

Circuit Court of Appeals, Tenth Circuit.

June 1, 1943.

Reily & Reily, of Shawnee, Okl., for appellant.

Disney, Wheeler, Raynolds & Wheeler, of Tulsa, Okl., and Paul G. Darrough, of Oklahoma City, Okl., for appellees.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed pursuant to stipulation of the parties.

■

**HOLLAND FURNACE COMPANY v. H. A. THEURER.**

No. 2624.

Circuit Court of Appeals, Tenth Circuit.

May 29, 1943.

Critchlow & Critchlow, of Salt Lake City, Utah, and Paul E. Cholette, of Grand Rapids, Mich., for appellant.

M. C. Harris, of Logan, Utah, and Arthur E. Cooley and H. Rowan Gaither, Jr., both of San Francisco, Cal., for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed pursuant to stipulation of the parties.